UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. PRYOR,<br><br>             Petitioner,<br><br>      v.<br><br>M. SPEARMAN,<br><br>             Respondent. | No. 2:14-cv-1521 KJN P<br><br><br><br>ORDER |

Petitioner is proceeding without counsel. All parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On August 6, 2014, petitioner filed a request for reconsideration of the magistrate judge's order filed July 1, 2014. Petitioner's request was constructively filed on August 3, 2014, the date he handed the filing to prison authorities for mailing. See Campbell v. Henry, 614 F.3d 1056, 1059 (9th Cir. 2010) (under the mailbox rule, the petition is deemed filed when handed to prison authorities for mailing, and applies to both state and federal filings by incarcerated parties).

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Plaintiff's request for reconsideration of the magistrate judge's order of July 1, 2014, is therefore untimely and is denied.

////

1

On October 24, 2014, respondent filed a motion to dismiss this action on the ground that it was filed beyond the one-year statute of limitations contained in 28 U.S.C. § 2244(d).  Petitioner is reminded that his opposition to the motion to dismiss, if any, must be filed not less than twenty-one days after respondent's motion to dismiss was served on petitioner.  Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for reconsideration (ECF No. 14) is denied; and

2. Petitioner's opposition to respondent's motion to dismiss is due not less than twenty-one days after respondent's motion to dismiss was served on petitioner.

Dated:  October 29, 2014

/pryo1521.851

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2