UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL V. PRYOR,<br><br>            Petitioner,<br><br>   v.<br><br>M. SPEARMAN,<br><br>            Respondent. | No.  2:14-cv-1521 KJN P<br><br><br><br>ORDER |

       Petitioner is a former state prisoner, currently on parole.  This application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was filed by petitioner proceeding pro se.  On appeal, petitioner retained counsel.  Both parties consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On September 1, 2015, petitioner filed a motion to proceed in forma pauperis, and sought the appointment of counsel in light of changed circumstances.

       Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

       In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Good cause appearing, in the interest of justice and for continuity of representation, Charles M. Bonneau, Jr., is appointed as counsel for

1

petitioner, and the court finds that Charles M. Bonneau, Jr., should be admitted to the CJA panel pro hac vice pursuant to § 210.30.30 of the CJA Guide to Judiciary Policy.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. Charles M. Bonneau, Jr., is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment.

4. A status conference is set for December 3, 2015, at 10:00 a.m., in Courtroom #25.

5. All parties shall appear at the status conference by counsel.

6. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a.  Discovery and investigations;

    b.  Anticipated motions;

    c.  The need for and timing of an evidentiary hearing;

    d.  Enumeration and resolution of unexhausted claims; and

    e.  Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

Dated:  October 14, 2015

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pryo1521.110a