1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL B. PRYOR,                              No.  2:14-cv-1521 KJN P

12                   Petitioner,

13          v.                                       ORDER

14    M. SPEARMAN,

15                   Respondent.

16

17          Petitioner is a state prisoner, proceeding through counsel.  On November 10, 2015,

18    counsel for respondent filed a request to appear telephonically at the December 3, 2015 status

19    conference.  Respondent's counsel lives in Fresno County, which is over 170 miles from the

20    Sacramento courthouse; petitioner's counsel does not object to the telephonic appearance.

21          On November 13, 2015, petitioner filed a motion for discovery, seeking copies of the

22    appellate record.  On November 19, 2015, counsel for respondent filed a response in which she

23    agreed to provide petitioner's counsel with courtesy copies of the reporter's transcripts and

24    clerk's transcripts from the state court record.

25          Petitioner also filed a status report in which counsel stated he would be requesting a three

26    month extension of time to permit review of the record and for further status report.  Counsel

27    anticipates filing an amended petition, which will be prepared after counsel has received and read

28    the state court transcripts not yet in his possession, or a motion for stay and abeyance.

                                                    1

1    Because petitioner's counsel has not had an opportunity to review the state court record, it

2    appears the December 3 status conference is premature.  Therefore, the status conference is

3    continued to Thursday, March 3, 2016, at 10:00 a.m., in Courtroom #25 before the undersigned.

4    The court appreciates very much respondent's willingness to provide petitioner with a courtesy

5    copy of the state court record.  In light of these recent filings, respondent's request to appear

6    telephonically at the December 3 status conference is denied as moot, and petitioner's motion for

7    discovery is denied without prejudice.  If petitioner can file his motion to amend or motion for

8    stay and abeyance prior to the March 3, 2016 status conference, counsel is encouraged to do so.

9         Accordingly, IT IS HEREBY ORDERED that:

10        1.  The December 3, 2015 status conference is continued to March 3, 2016, at 10:00 a.m.,

11   in Courtroom #25 before the undersigned;

12        2.  Respondent's request to appear telephonically (ECF No. 45) is denied as moot, but

13   counsel may appear telephonically at the March 3, 2016 status conference; and

14        3.  Petitioner's motion for discovery (ECF No. 47) is denied without prejudice.

15        4.  Fourteen days prior to the conference, the parties shall file and serve status reports

16   which address the timing and order of the following matters:

17             a.  Discovery and investigations;

18             b.  Anticipated motions;

19             c.  The need for and timing of an evidentiary hearing;

20             d.  Enumeration and resolution of unexhausted claims; and

21             e.  Possible future amendments to the pleadings.

22        The parties are advised that failure to timely file a status report may result in sanctions.

23   Dated:  November 24, 2015

24

25   /pryo1521.tel

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

26

27

28

2