UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. PRYOR,<br><br>    Petitioner,<br><br>  v.<br><br>M. SPEARMAN,<br><br>    Respondent. | No. 2:14-cv-1521 KJN P<br><br><br><br>ORDER |

  Petitioner is a former state prisoner, proceeding through counsel. This matter came on for status conference on June 16, 2016. Charles M. Bonneau, Jr., appeared for petitioner. Charity S. Whitney, Deputy Attorney General, appeared telephonically for respondent. After hearing from counsel, review of the record, including the parties' status reports, and good cause appearing therefor, IT IS HEREBY ORDERED that:

  1. Within ninety days from June 26, 2016, petitioner shall file a proposed second amended petition, accompanied by a motion for stay; and

  2. Thirty days thereafter, respondent shall file an opposition to the motion for stay; and twenty-one days thereafter, petitioner may file a reply.

Dated: June 17, 2016

pryo1521.fb

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1