UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. PRYOR,<br><br>            Petitioner,<br><br>      v.<br><br>M. SPEARMAN,<br><br>            Respondent. | No.  2:14-cv-1521 KJN P<br><br>AMENDED ORDER |

Petitioner is a former state prisoner, proceeding through counsel.  The June 17, 2016 order (ECF No. 57) is amended to provide that petitioner's proposed second amended petition and motion for stay shall be filed within ninety days from June **16,** 2016.

IT IS SO ORDERED.

Dated:  June 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pryo1521.fb2

1