UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. PRYOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. SPEARMAN,<br><br>　　　　　Respondent. | No. 2:14-cv-1521 DB P<br><br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On September 9, 2016 petitioner filed a second amended petition and a motion to stay these proceedings and hold them in abeyance pending petitioner's exhaustion of state remedies. (ECF Nos. 60, 61.)  On September 30, 2016, respondent filed an opposition to petitioner's motion and a motion to dismiss the second amended petition. (ECF No. 63.)  On October 7, 2016, petitioner requested an extension of time to file a response to respondent's September 30 filing. (ECF No. 64.)  Petitioner states that respondent does not oppose the requested extension of time.

　　　　Good cause appearing, IT IS HEREBY ORDERED as follows:

　　　　1. Petitioner's October 7 motion for an extension of time (ECF No. 64) is granted.  By November 29, 2016, petitioner shall file any opposition to respondent's motion to dismiss and any reply to respondent's opposition to petitioner's motion to stay.

1

2. If respondent wishes to file a reply to petitioner's opposition to respondent's motion to dismiss, he shall do so no later than December 5, 2016.

3. The hearing on petitioner's motion for a stay (ECF No. 61) and respondent's motion to dismiss (ECF No. 63) is continued from December 2 to December 9, 2016 at 10:00 a.m. in courtroom 27 before the undersigned.

Dated:  October 20, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/pryo1521.mtd eot

2